UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 00-cv-01102

DARYL L. KINGSOLVER,

Petitioner,

v.

CHARLES RAY, Warden, and KEN SALAZAR, Attorney General of the State of Colorado,

Respondents.
_____

**ORDER**
_____

THIS MATTER is before me on a pleading entitled "Petitioner's Motion for Leave to Amend Issues in First § 2254 Pursuant to FRCP 15(c)(2) or FRCP 60(b)(6) filed March 20, 2006. For the reasons stated below, this motion denied.

By way of background, Petitioner's habeas corpus application was dismissed with prejudice by Order dated February 8, 2001. Judgment was entered against Petitioner on February 9, 2001. The Tenth Circuit dismissed Petitioner's appeal by Mandate dated January 2, 2002. The Tenth Circuit notified this Court on December 27, 2002, that the Supreme Court denied the Petition for Writ of Certiorari. The Tenth Circuit denied Petitioner's request to file a second or successive 28 U.S.C. § 2254 petition on October 31, 2005, and dismissed the case.

As demonstrated by the foregoing, this case is over and has been terminated. Filings by the Petitioner will not be considered by the Court. Accordingly, it is

ORDERED that Petitioner's Motion for Leave to Amend Issues in First § 2254 Pursuant to FRCP 15(c)(2) or FRCP 60(b)(6) filed March 20, 2006, is **DENIED**.

Dated:  March 23, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge