UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01102-WYD

DARYL L. KINGSOLVER,

Petitioner,

v.

CHARLES RAY, Warden, and KEN SALAZAR, Attorney General of the State of Colorado,

Respondents.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Petitioner's Motion for an Order to Certify a Question of Law to Supreme Court of Colorado Pursuant to C.A.R. 21.2 (filed March 23, 2006) is **DENIED** in accordance with the Court's Order filed March 23, 2006. That Order held that filings by the Petitioner will not be considered by the Court in light of the fact that this case is over and has been terminated.

    Dated:  March 24, 2006

                                      s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court