IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01102-WYD

DARYL L. KINGSOLVER,

      Applicant,

v.

CHARLES RAY, Warden, and
KEN SALAZAR, Attorney General of the State of Colorado,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Daniel, Judge

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action and a motion for extension of time to file a certificate of appealability.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.  It is

      FURTHER ORDERED that applicant's motion for extension of time to file a certificate of appealability is denied as moot.

      Dated:  May 1, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge